Harry Herman SLACKMAN, Appellant v. UNITED STATES of America, Appellee.

No. 13817.

United States Court of Appeals
Fifth Circuit.

May 15, 1952.

Rehearing Denied June 2, 1952.

Joe H. Jones, Dallas, Tex., for appellant.

Lester L. May, Asst. U. S. Atty., Frank B. Potter, U. S. Atty., Fort Worth, Tex., for appellee.

Before HOLMES, STRUM, and RIVES, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

UNITED STATES of America, Appellant, v. Fred E. OWEN and Lizette C. Owen.

No. 14512.

United States Court of Appeals
Eighth Circuit.

April 1, 1952.

Joseph T. Votava, U. S. Atty., Omaha, Neb., for appellant.

David W. Swarr and Edson Smith, Omaha, Neb., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant and consent of appellees. 99 F.Supp. 855.

UNITED STATES of America ex rel. Charles J. SATHRE, Acting Special Agent, Bureau of Internal Revenue, Appellant, v. THIRD NORTHWESTERN NATIONAL BANK.

No. 14572.

United States Court of Appeals
Eighth Circuit.

April 7, 1952.

C. U. Landrum, U. S. Atty., and Miles W. Lord, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Grant Anderson, Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties. 102 F.Supp. 879.

Jesse O. WEEKS and Nora E. Weeks, Appellants v. UNITED STATES of America.

No. 14580.

United States Court of Appeals
Eighth Circuit.

April 7, 1952.

William C. Reynolds and Kirchner & Vanice, all of Kansas City, Mo., for appellants.

Ed Dupree, General Counsel, Office of Rent Stabilization, Washington, D. C., and David M. Scheffer, Sp. Litigation Atty., Office of Rent Stabilization, Chicago, Ill., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.